```
 1   ILENE J. LASHINSKY (#003073)
     United States Trustee
 2   District of Arizona

 3   LARRY L. WATSON (CA #193531)
     Trial Attorney
 4   230 North First Avenue, #204
     Phoenix, Arizona  85003-1706
 5   (602) 682-2600 (phone)
     (602) 514-7270 (fax)
 6   E-mail:  Larry.Watson@usdoj.gov
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | ) | Chapter 11 |
|---|---|---|
| | ) | |
| TARO PROPERTIES ARIZONA I, LLC, | ) | Case No. 2:08-bk-10427-CGC |
| | ) | Case No. 2:08-bk-10428-CGC |
| TARO PROPERTIES NEVADA I, LLC, | ) | Case No. 2:08-bk-10429-CGC |
| | ) | |
| TARO PROPERTIES TEXAS I, LLC, | ) | (Joint Administration) |
| | ) | |
| | ) | APPOINTMENT OF OFFICIAL |
| | ) | JOINT COMMITTEE OF |
| | ) | UNSECURED CREDITORS |
| Debtors. | ) | |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official joint committee of unsecured creditors:

1. JGM Investment Group, LLC
   Attn:  Larry Fink
   14400 N. 76th Place
   Scottsdale, AZ  85260
   (602) 989-9899 (phone)
   (480) 948-6369 (fax)

2. Bankers Consulting Corporation
   Attn:  M. Christopher Evans
   17550 N. Perimeter Drive, #370
   Scottsdale, AZ  85255
   (480) 458-2455 (phone)
   (480) 458-2464 (fax)

. . .

4.   Robert R. Wagoner
                  8534 E. Remuda Drive
                  Scottsdale, AZ 85255
                  (480) 473-0319 (phone)

                                    Respectfully submitted,

                                    ILENE J. LASHINSKY
                                    United States Trustee
                                    District of Arizona


Dated:    September 15, 2008.  /s/ Larry L. Watson
                                    LARRY L. WATSON
                                    Trial Attorney


Copies of the foregoing mailed to
the creditors appointed as listed
above, and the following this
15th day of September, 2008:

Craig D. Hansen
Sean Cork
Squire, Sanders & Dempsey, LLP
40 N. Central Avenue, #2700
Phoenix, AZ  85004
Attorneys for Debtors


 /s/ Connie Hoover
Connie Hoover

- 2 -